IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BILLY ROLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:14-cv-1288-TMP |
| | ) | |
| MRS BPO, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

The parties have filed joint stipulations of dismissal, seeking dismissal of all claims in this action with prejudice.  (Docs. 24, 37).  Accordingly, the claims are DISMISSED WITH PREJUDICE.  Each party shall bear his or its own costs, except as otherwise agreed between the parties.

**DONE** and **ORDERED** on February 10, 2016.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE